**(February 3, 1977)**

■ WARD TELECOMMUNICATIONS AND COMPUTER SERVICES, INC., Appellant, v STATE OF NEW YORK, Respondent.—Motion by respondent-appellant granted, without costs, and decretal paragraph of decision and order amended to read as follows: "Judgment reversed, on the law, and the claim dismissed, without costs." Koreman, P. J., Sweeney, Mahoney, Main and Larkin, JJ., concur. [See 54 AD2d 786.]